(Republished)

■ LOIS RANZ, as Administratrix of the Estate of ARTHUR RANZ, Deceased, et al., Respondents, v LOUIS SPOSATO, JR., et al., Appellants.— Order, Supreme Court, New York County, entered on April 22, 1980, affirmed, without costs and without disbursements. Leave to appeal to the Court of Appeals is *sua sponte* granted to defendants-appellants, and the following question certified: "Was the order of the Supreme Court, as affirmed by this Court, properly made?" The order of this court entered herein on December 9, 1980 is vacated. Concur—Ross, J. P., Markewich, Silverman, Bloom and Yesawich, JJ. [See 77 AD2d 408.]